JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE PAMBAKIAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KAISER FOUNDATION HEALTHPLAN, INC. WELFARE BENEFIT PLAN FOR INSURED PLANS,<br><br>　　　　Defendants. | Case No. 2:20-cv-05656-MWF-PJWx<br><br>(Honorable Michael W. Fitzgerald)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:　　June 25, 2020<br>Discovery Cut-off:　February 1, 2021<br>Motion Cut-off:　　March 8, 2021<br>Trial:　　　　　　　June 15, 2021 |

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: March 23, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE